UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB,

    Plaintiff,

  v.

E. MCCUMSEY, et al.,

    Defendants.

Case No. 13-5977-VC (PR)

**ORDER OF DISMISSAL**

Kevin Schrubb, a state inmate proceeding pro se, filed this civil rights complaint in state court alleging that Defendants, employees of the California Department of Corrections and Rehabilitation, violated Plaintiff's constitutional rights. Defendant McCumsey, the only Defendant who was served, removed the case to this Court. On April 18, 2014, the Court issued an order for Schrubb to show cause why the case should not be dismissed as duplicative of his earlier-filed case, *Schrubb v. Jager*, No. C 13-4163 BLF (PR). Schrubb was granted twenty-one days from the date of the Order in which to file a declaration showing how the claims and allegations in this case were different from his earlier-filed case. The Court indicated that, if Schrubb did not file the declaration in the required time-frame, his case would be dismissed as duplicative and malicious pursuant to 28 U.S.C. § 1915A(b)(1) and *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995).

More than twenty-one days have passed and Schrubb has not filed the required declaration. Therefore, this case is dismissed as duplicative and malicious pursuant to 28 U.S.C. § 1915A(b)(1) and *Cato*, 70 F.3d at 1105 n.2. The Clerk of the Court shall terminate all pending motions, enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____

VINCE CHHABRIA
United States District Judge